UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FAIRWEATHER FISH, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PENNY PRITZKER, in her official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | NO. 3:14-cv-05685-BHS <br><br> ORDER GRANTING STIPULATED MOTION FOR ORDER RE: RE-ALLOCATION OF PAGE LIMITS ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |

Based on the Stipulated Motion of Plaintiffs and Defendants dated January 29, 2015, IT IS HEREBY ORDERED that the parties are permitted to combine their memoranda on their cross-motions for summary judgment and re-allocate the applicable page limits as follows:

| Memorandum | Page Limit | Due By |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | 30 | March 19, 2015 |
| Defendants' Combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | 45 | May 15, 2015 |
| Plaintiffs' Combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | 30 | June 15, 2015 |
| Defendants' Reply in Support of Their Cross-Motion for Summary Judgment | 15 | July 17, 2015 |

DATED this 29th day of January, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
Telephone: (206) 292-1770
Facsimile: (206) 292-1790

Presented by:

| | |
|---|---|
| SMITH & HENNESSEY PLLC | JOHN C. CRUDEN |
| | Assistant Attorney General |
| /s Julia K. Doyle | |
| James A. Smith, Jr., WSBA #5444 | /s John H. Martin |
| Geoffrey P. Knudsen, WSBA #1324 | John H. Martin |
| Julia K. Doyle, WSBA #43993 | U.S. Department of Justice |
| 316 Occidental Avenue South, #500 | Environment and Natural Resources Division |
| Seattle, WA 98104 | Wildlife and Marine Resources Section |
| Telephone:  (206) 292-1770 | 999 18th St., South Terrace Ste. 370 |
| Facsimile:  (206) 292-1790 | Denver, CO 80202 |
| jas@smithhennessey.com | Tel.: (303) 844-1383 |
| gknudsen@smithhennessey.com | Fax: (303) 844-1350 |
| jdoyle@smithhennessey.com | john.h.martin@usdoj.gov |
| | |
| NOSSAMAN LLP | |
| | |
| /s George J. Mannina | Jenny A. Durkan |
| George J. Mannina, Jr., *Pro Hac Vice* | United States Attorney |
| Veronica M. Gray, *Pro Hac Vice* | Office of the United States Attorney |
| Jennifer R. Darling, *Pro Hac Vice* | Western District of Washington |
| 1666 K Street, NW, Suite 500 | Brian C. Kipnis |
| Washington, D.C.  20006 | Assistant U.S. Attorney |
| Telephone:  (202) 887-1400 | 5220 United States Courthouse |
| Facsimile:  (202) 366-4215 | 700 Stewart Street |
| gmannina@nossaman.com | Seattle, WA 98101 |
| vgray@nossaman.com | 206-553-7970 |
| jdarling@nossaman.com | brian.kipnis@usdoj.gov |
| | |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR DEFENDANTS* |

ORDER - 2

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
Telephone:  (206) 292-1770
Facsimile:  (206) 292-1790